1  H. Dean Steward  SBN 85317
   107 Avenida Miramar, Ste. C
2  San Clemente, CA 92672
   949-481-4900
3  Fax: (949) 496-6753

4  Attorney for Defendant
   MATTHEW PARSONS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. SA-CR-03-333-JVS |
|---|---|
| Plaintiff, | ORDER RE TERMINATION OF PROBATION |
| vs. | |
| MATTHEW PARSONS | |
| Defendant. | |

A sufficient showing having been made, it is ordered that probation for the above defendant, Matthew Parsons, shall terminate forthwith.

So ordered.

Dated: March 18, 2011                    _____

                                          Hon. James V. Selna

                                          U.S. District judge

CC:   USPO

- 1 -